## Mitchell *v.* Dennison et ux., Appellants.

Argued October 7, 1970. Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Robert L. Ceisler,* with him *Patrono, Ceisler & Edwards,* for appellants.

*John G. Koedel,* for appellee.

OPINION PER CURIAM, March 18, 1971:
Order affirmed on the authority of *Ehnes v. Wagner,* 388 Pa. 102, 130 A. 2d 171 (1957); *Ahrens v. Gold-*

*stein,* 376 Pa. 114, 102 A. 2d 164 (1954) ; *Reidlinger v. Cameron,* 287 Pa. 24, 134 Atl. 418 (1926).   See, also, *Stark v. Breen,* 435 Pa. 20, 24, 255 A. 2d 115 (1969).

Mr. Chief Justice BELL took no part in the consideration or decision of this case.

Mr. Justice COHEN took no part in the decision of this case.

Mr. Justice ROBERTS dissents for the reasons set forth in *Emperee v. Meyers,* 440 Pa. 430, 437, 269 A. 2d 731, 734 (1970) (dissenting opinion).   See, also, Shuchman, Judgment Notes §48.5 (1961).